IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BENNETT K. TRESSLER, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3257

Opinion filed January 15, 2015.

Petition for All Writs -- Original Jurisdiction.

Bennett K. Tressler, Jr., pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

Via this "petition for all writs jurisdiction," petitioner Bennett Tressler argues

that his 1996 sentence, to 25 years' imprisonment as a habitual felony offender for one

count of dealing in stolen property, was vindictive. Mr. Tressler has brought eighteen appeals and original proceedings in this court relating to this 1996 judgment and sentence. Of these, eight have been postconviction appeals, and in at least three of these appeals, the petitioner has raised the same issue as he seeks to raise in this case.

Upon consideration of Mr. Tressler's repeated collateral attacks on his judgment and sentence, we ordered that he show cause why he should not be prohibited from future *pro se* filings. See State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999). "Having considered his response, we find that he has failed to show good cause why sanctions limiting his right to appear *pro se* should not be imposed." Fails v. State, 46 So. 3d 1032, 1033 (Fla. 1st DCA 2010). We conclude that his repeated collateral attacks on his conviction have "substantially interfered with the orderly process of judicial administration." Birge v. State, 620 So. 2d 234, 235 (Fla. 1st DCA 1993).

Accordingly, the petition for all writs jurisdiction is dismissed, and the petitioner is hereby prohibited from filing any further *pro se* pleadings in this court challenging his conviction in Duval County Circuit Court case number 16-1995-CF-013383, "regardless of the remedy sought or theory raised, unless he is represented in such proceeding by a member in good standing of The Florida Bar." Baker v. State, 939 So.2d 167, 168 (Fla. 1st DCA 2006).

PETITION DISMISSED.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.